## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Ortiz & Associates Consulting, LLC v. HP Inc.      Case Number: 1:18-cv-00837

An appearance is hereby filed by the undersigned as attorney for:

HP Inc.

Attorney name (type or print): Andrea M. Augustine

Firm: Duane Morris, LLP

Street address: 190 South LaSalle Street, Suite 3700

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6242450
(See item 3 in instructions)

Telephone Number: 312.499.6771

Email Address: AMAugustine@duanemorris.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.       ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 21, 2018

Attorney signature:      S/ Andrea M. Augustine

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015