UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORTIZ & ASSOCIATES CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No. 1:18-cv-00837 |

## HP INC.'S MOTION TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA BASED ON IMPROPER VENUE

Pursuant to 28 U.S.C. § 1406, Defendant HP Inc., ("HP") respectfully moves to transfer this action filed by Plaintiff Ortiz & Associates Consulting, LLC, based on improper venue. This Motion should be granted for the reasons set forth in the contemporaneously filed Memorandum in Support of HP Inc.'s Motion to Transfer This Action to the Northern District of California Based on Improper Venue.

WHEREFORE, HP respectfully requests that the Court transfer this action to the United States District Court for the Northern District of California.

Dated: June 1, 2018                     Respectfully submitted,

                                        /s/   Megan Whyman Olesek
                                        Megan Whyman Olesek (CA SBN 191218)
                                        (*pro hac vice*)
                                        olesek@turnerboyd.com
                                        TURNER BOYD LLP
                                        702 Marshall Street, Suite 640
                                        Redwood City, CA 94063
                                        Telephone: (650) 521-5930
                                        Facsimile: (650) 521-5931

        Andrea M. Augustine (6242450)
        *AMAugustine@duanemorris.com*
        DUANE MORRIS LLP
        190 South LaSalle Street, Suite 3700
        Chicago, IL  60603-3433
        Telephone: (312) 499-6700
        Fax: (312) 499-6701

        **ATTORNEYS FOR DEFENDANT**
        **HP INC.**

## CERTIFICATE OF SERVICE

Please take notice that on June 1, 2018, we electronically filed the above document with the United States District Court for the Northern District of Illinois.  A copy of this document will be electronically served via CM/ECF upon all parties having filed an appearance in this matter.

        */s/ Megan Whyman Olesek*
        Megan Whyman Olesek
        Counsel for Defendant HP Inc.

## CERTIFICATE OF CONFERENCE

Lead trial counsel for the parties met and conferred in good faith regarding the relief sought by this motion but no agreement could be reached.  The parties conferred by telephone on multiple dates concerning the subject matter of this motion, including discussions on or about April 12, May 9 and May 17, 2018.

        */s/ Megan Whyman Olesek*
        Megan Whyman Olesek
        Counsel for Defendant HP Inc.