UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| ORTIZ & ASSOCIATES CONSULTING, LLC,<br><br>　　　　　*Plaintiff,*<br>　　v.<br>HP INC.,<br><br>　　　　　*Defendants.* | CASE NO. 1:18-cv-00837 |

**AGREED MOTION TO EXTEND PRETRIAL**
**DEADLINES BASED ON MOTION TO TRANSFER**

Plaintiff Ortiz & Associates Consulting, LLC ("Ortiz") and HP Inc. ("HP") respectfully move the Court for an order extending all pretrial deadlines by 30 days and vacating the Status Hearing currently set for June 27, 2018, until the court has ruled on HP's Motion to Transfer Based on Improper Venue, filed on June 1, 2018.

In support of this motion, the HP and Ortiz state as follows:

1.　　HP promptly filed its Motion to Transfer and its Answer in this action, ten days prior to the deadline set by the Court for HP to respond to the Amended Complaint (Dkt. 19); and

2.　　Given the likelihood that this action will be transferred, the proposed extension will conserve Court and party resources.

– 1 –

Wherefore, HP and Ortiz respectfully move the Court for an order extending all pretrial deadlines in this action by 30 days and vacating the Status Hearing currently set for June 27, 2018, until the Court has ruled on the Motion to Transfer.

Dated: June 11, 2018

Respectfully submitted,

*/s/ Megan Whyman Olesek*____
Megan Whyman Olesek (*pro hac vice*)
olesek@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Andrea M. Augustine (6242450)
*AMAugustine@duanemorris.com*
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL  60603-3433
Tel: (312) 499-6700

***Attorneys for Defendant
HP INC.***

*/s/ Isaac Rabicoff*_____
Isaac Rabicoff
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, IL 60603
Telephone: (773) 669-4590
isaac@rabilaw.com

Kenneth Matuszewski
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, IL 60603
Telephone: (708) 870-5893
kenneth@rabilaw.com

***Attorneys for Plaintiff
ORTIZ & ASSOCIATES
CONSULTING, LLC***

## CERTIFICATE OF SERVICE

Please take notice that on June 11, 2018, we electronically filed the above document with the United States District Court for the Northern District of Illinois.  A copy of this document will be electronically served via CM/ECF upon all parties having filed an appearance in this matter.

*/s/ Megan Whyman Olesek*
Megan Whyman Olesek
Counsel for Defendant HP Inc.
