1  Megan Whyman Olesek (State Bar No. 191218)
   *olesek@turnerboyd.com*
2  Joshua M. Masur (State Bar No. 203510)
   *masur@turnerboyd.com*
3  Keeley I. Vega (State Bar No. 259928)
   *vega@turnerboyd.com*
4  Louis L. Wai (State Bar No. 295089)
   *wai@turnerboyd.com*
5  TURNER BOYD LLP
   702 Marshall Street, Suite 640
6  Redwood City, California 94063
   Telephone: (650) 521-5930
7  Facsimile: (650) 521-5931

8  *Attorneys for Defendant*
   HP INC.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 ORTIZ & ASSOCIATES CONSULTING, LLC,     | Case No. 3:18-cv-04032-JSC
13                    Plaintiff,
                                            | CONSENT OR DECLINATION
14       v.                                 | TO MAGISTRATE JUDGE JURISDICTION
   HP INC.,
15                    Defendant.

16 **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

18   ☒  **Consent to Magistrate Judge Jurisdiction**

19        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a
20   United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the
21   United States Court of Appeals for the Federal Circuit.

22        **OR**

23   ☐  **Decline Magistrate Judge Jurisdiction**

24        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States
25   magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

26  DATE:  __July 24, 2018__          NAME:  __Megan Whyman Olesek__
                                  COUNSEL FOR
27                                (OR "PRO SE"):  __HP INC.__

28                                        __/s/ Megan Whyman Olesek__
                                                *Signature*

United States District Court
Northern District of California